**DISABLED ADVOCACY GROUP, APLC**
LYNN HUBBARD, III (CA SBN 69773)
SCOTTLYNN J. HUBBARD (CA SBN 212970)
12 Williamsburg Lane
Chico, California 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
ROBERT DODSON

**AKIN GUMP STRAUSS HAUER & FELD LLP**
ROLAND M. JUAREZ (CA SBN 160793)
1700 Pacific Avenue, Suite 4100
Dallas, Texas 75201-4675
Telephone: (214) 969-2800
Facsimile: (214) 969-4343

Attorney for Defendant
CM MANAGEMENT, LLC dba
CASH 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CM MANAGEMENT, LLC dba CASH 1; ALI A. MOHAMMAD; YOUNG A.E. MOHAMMAD<br><br>　　　　　　　Defendants. | Case No. 2:06-cv-2209-MCE-KJM<br><br>**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON**<br>**[Fed. R. Civ. P. 41(a)(1)(ii)]**<br><br>Complaint Filed: October 6, 2006<br>Honorable Morrison C. England, Jr. |

**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON**
**[Fed. R. Civ. P. 41(a)(1)(ii)]**

TO THE COURT AND ALL PARTIES:

Pursuant to the confidential settlement and release agreement between plaintiff Robert Dodson and defendant CM Management, LLC dba Cash 1, the parties hereby stipulate that all claims and causes of action against defendant CM Management, LLC dba Cash 1 shall be dismissed with prejudice from the above-captioned action pursuant to Federal Rule of Civil Procedure 41, and plaintiff is dismissing with prejudice all claims related to the interior of the Cash 1 store located at 1600 West El Camino Avenue, Sacramento, California 95820 (the "Store"), and the physical building the Store occupies. It is further understood and agreed that the outstanding litigation in this civil action shall be limited to the exterior of the Store.

The Court shall retain jurisdiction over all disputes among the parties arising out of the Settlement Agreement, including but not limited to interpretation and enforcement of the terms of the Settlement Agreement.

IT IS SO STIPULATED.

Dated:  November 10, 2006         DISABLED ADVOCACY GROUP, APLC

                                  By:  /s/ Lynn Hubbard, Esquire         /
                                         Lynn Hubbard

                                  Attorneys for Plaintiff
                                  ROBERT DODSON

Dated:  November 10, 2006         AKIN GUMP STRAUSS HAUER & FELD LLP

                                  By: /s/  Roland M. Juarez
                                         Roland M. Juarez

                                  Attorneys for Defendant
                                  CM MANAGEMENT, LLC dba CASH 1

1

**JOINT STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE AND ORDER THEREON**
**[Fed. R. Civ. P. 41(a)(1)(ii)]**

# ORDER ON STIPULATION FOR DISMISSAL

Having read the foregoing Stipulation, and good cause appearing therefore, the Court GRANTS the Stipulation and dismisses CM Management, LLC dba Cash 1 with prejudice in the above-captioned action and all claims against CM Management, LLC dba Cash 1 with prejudice in the above-captioned action, with each party to bear his and its own attorneys' fees and costs.

IT IS SO ORDERED.

Date: November 16, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE