UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,   No. 2:06-cv-2209-MCE-KJM

      Plaintiff,

  v.   **ORDER RE: SETTLEMENT AND DISPOSITION**

ALI A. MOHAMMAD and YOUNG A E MOHAMMAD,

      Defendants.

_____/

    Pursuant to the representations of the attorney for plaintiff, the court has determined that this case is settled. In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before January 10, 2007.

    Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.

    IT IS SO ORDERED.

DATED: December 21, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE