1 SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
2 **DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
3 CHICO, CA. 95926
Telephone: (530) 895-3252
4 Facsimile: (530) 894-8244

5 Attorneys for Plaintiff

6

7 CRIS VAUGHAN, SBN 99568
**VAUGHAN & ASSOCIATES**
6207 South Walnut, Suite 800
8 Loomis, CA 95650
Telephone: (916) 660-9401
9 Facsimile: (916) 788-1159

10 Attorney for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| ROBERT DODSON, | No. 2:06-cv-2209-MCE-KJM |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME TO** |
| v. | **FILE DISPOSITIONAL DOCUMENTS** |
| ALI A. MOHAMMED; YOUNG A.E. MOHAMMED, | |
| Defendants. | |


1  WHEREAS on January 3, 2007 this Court issued an Order directing all dispositional documents to be filed no later than January 10, 2007.

WHEREAS Plaintiff and Defendants have not yet come to an agreement as to the language and terms of the Settlement Agreement.

WHEREAS the parties hereby stipulate to extend the date to file dispositional documents by three weeks to January 31, 2007.

Dated: January 9, 2007        DISABLED ADVOCACY GROUP, APLC

  /s/ Lynn Hubbard, III
 LYNN HUBBARD, III
 Attorney for Plaintiff

Dated: January 9, 2007        VAUGHAN & ASSOCIATES

  /s/ Cris Vaughan
 CRIS VAUGHAN
 Attorney for Defendants

### **ORDER**

Good cause having been show, dispositional documents shall be filed on or before January 31, 2007.

Dated: January 12, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE