1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  DISABLED ADVOCACY GROUP, APLC
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7  CRIS VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
   6207 South Walnut, Suite 800
8  Loomis, CA 95650
   Telephone: (916) 660-9401
9  Fax: (916) 788-1159

10  Attorney for Defendants

11

12                    UNITED STATES DISTRICT COURT

13                    EASTERN DISTRICT OF CALIFORNIA

14  ROBERT DODSON,                    Case No. 2:06-cv-2209-MCE-KJM

15        Plaintiff,

16  v.                                **STIPULATION OF DISMISSAL AND ORDER THEREON**

17  CM MANAGEMENT, LLC dba CASH 1;
    ALI A. MOHAMMAD; YOUNG A.E.
18  MOHAMMED,

19        Defendants.
                                      /
20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT DODSON, and defendants, ALI A. MOHAMMAD and YOUNG A.E. MOHAMMAD, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: January 31, 2007                    DISABLED ADVOCACY GROUP


                                            /s/ Lynn Hubbard, III
                                            LYNN HUBBARD, III
                                            Attorney for Plaintiff

Dated: January 31, 2007                    VAUGHAN & ASSOCIATES


                                            /s/ Cris Vaughan
                                            CRIS VAUGHAN
                                            Attorney for Defendants


**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:06-cv-2209-MCE-KJM, is hereby dismissed with prejudice.

Dated: February 5, 2007

                                            MORRISON C. ENGLAND, JR.
                                            UNITED STATES DISTRICT JUDGE